ANGELO DI MICELI, Respondent, v. EMERSON FOOD PACKING COMPANY, INC., and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, cAvoy and Sherman, JJ.

DANIEL O'CONNOR, as Administrator, etc., of DENNIS O'CONNOR, Deceased, Respondent, v. SIMON DUBNIZKY and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

PHILIP SHULMAN, as Administrator, etc., of IRVING SHULMAN, Deceased, Appellant, v. ROSETH CORPORATION, Respondent:— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

HERMAN M. WIN, Appellant, v. JONAS MILLINERY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE FARMERS AND MERCHANTS NATIONAL BANK OF LOS ÁNGELES, Respondent, v. GEORGE SEIDMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SAMUEL L. DOBKIN, Appellant, v. OLGA I. HOPPE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LOGAN BILLINGSLEY, Respondent, v. BETTER BUSINESS BUREAU OF NEW YORK CITY, INC., and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, the date for the examination to proceed to be fixed in the order. The fact that the action is in libel does not alter the right to defendant to examine before trial in aid of the affirmative defense set forth in the plea of truth and justification. (Lattimer v. Sun-Herald Corporation, 208 App. Div. 503; Niehoff v. Star Company, 134 id. 473.) Settle order on notice. Present— Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ROSE DANCELAND, INC., Respondent, v. RICHARD MARKUS DECKER, Also Known as MARCUS DICKER, Appellant.— Order so far as appealed from modified by striking therefrom the direction that the service of the supplemental complaint be without prejudice to the position of the cause on the Special Term calendar, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The plaintiff having withdrawn his equitable cause of action and substituted therefor a legal cause of action, the defendant is entitled to a notice of trial at Trial Term, since he has done nothing whereby his right to a jury trial has been lost. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sher-,man, JJ.